November 20, 2014.



# JUDGMENT

# The Fourteenth Court of Appeals

JETALL COMPANIES, INC., Appellant

NO. 14-13-00833-CV                         V.

FOUR SEASONS FOOD DISTRIBUTORS, INC. AND DAVID G. DANG,
Appellees

_____

This cause, an appeal from summary judgment orders in favor of appellees, Four Seasons Food Distributors, Inc. and David G. Dang, signed September 12, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the orders. We order the summary judgment orders of the court below **AFFIRMED**.

We order appellant, Jetall Companies, Inc., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.